UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAR 13 2012 VCC

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | |
| NICOLAS SANCHEZ REYES a/k/a "Nico" (3) | § | CR. NO. L-12-224 |
| PABLO CERDA a/k/a "Panda", a/k/a "Oso", a/k/a "Gordo" (4) | § | |
| JOSE ROBERTO OBREGON a/k/a "Minutitos" (5) | § | |
| EFRAIN GARZA (6) | § | |
| ERNESTO ZARAGOSA-SOLIS a/k/a "Zombie", a/k/a "Blue" (7) | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Use a Firearm in a Violent Crime)

From on or about September 14, 2010 and continuing to on or about September 20, 2010 in the Southern District of Texas, and elsewhere within the jurisdiction of this Court,

PABLO CERDA a/k/a "Panda", a/k/a "Gordo", a/k/a "Oso"
EFRAIN GARZA
ERNESTO ZARAGOZA-SOLIS a/k/a "Zombie", a/k/a "Blue"

did knowingly and intentionally conspire and agree together and with each other and with other persons known and unknown to the Grand Jury

a) to carry, use and discharge at least one firearm during and in relation to, and

1

b)        posses and discharge at least one firearm

that is:

a)        a Smith and Wesson .38 caliber revolver, Model 10-5, bearing serial number          and

b)        an unknown make 7.62 caliber pistol, model unknown, serial number unknown, and

c)        a Norinco 7.62 caliber rifle, Model Mak-90, bearing serial number

in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is Conspiracy to Kidnap abduct, seize, confine, and carry away,

and a Female Juvenile and willfully transport the victims in interstate and foreign commerce from the United States to the Republic of Mexico and hold them for reward and otherwise in violation of Title 18, United States Code, Sections 1201(a)(1) and 1201(c)

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(i), 924(c)(1)(B)(ii) and 924(o).

## OVERT ACTS:

In furtherance of the conspiracy and to effect and accomplish the objects thereof, one or more of the defendants and conspirators, both indicted and unindicted, committed among others the following overt acts in the Southern District of Texas and elsewhere:

a)        On or about September 16, 2010 Co-defendant                    ordered from the Republic of Mexico to co-conspirators in the United States to kidnap a subject believed to have stolen bulk cash from Los Zetas.

b)        On September 16, 2010 co-defendant                    notified co-defendant                    that the guys who will be carrying out the kidnaping might need some guns.

c)        On or about September 16, 2010 co-defendant                    advises co-defendant                    that he has some guys that have been working in Laredo and that they can find the subject.

d)        On September 16, 2010, co-defendant                    assures co-defendant                    that he had his people ready to look for and locate the subject whom wanted kidnaped.

e)        On or about September 16, 2010, co-defendant                    tasked co-defendant Pablo Cerda to obtain a weapon and carry out the kidnaping requested by co-defendant

f)        On September 17, 2010, co-defendant                    asked co-defendant                    if they

2

have the guy's family located to which          acknowledges and further stated that they have three of them and that if the subject they want does not come out they will kill one and then the others.

g).  On September 18, 2010 co-defendant                    no reports to co-defendant           that the subject they are looking to kidnap has people guarding him.

h)  On September 19, 2010 co-defendant Pablo Cerda informed co-defendant         that he will contact his people to help with the proposed kidnaping.

i)  On September 19, 2011 co-defendant         ,        , reported to co-defendant          that co-defendant Pablo Cerda is doing surveillance of the place where the target to be kidnaped is believed to be hiding.

j)  On September 19, 2011, co-defendant Pablo Cerda reported to co-defendant         that his people have passed by the location and that there are a lot of people.

k)  On September 19, 2011, co-defendant                    , ordered co-defendant.         to kidnap                    and have him brought to him in Mexico.

l)  On September 19, 2011, co-defendant                    , orders co-defendant         to tell           that he wants           alive.

m)  On September 19, 2011, co-defendant                    related to co-defendant Pablo Cerda that if they grab the victim to tie him up and throw him in the river and that they'll pick him up in Mexico.

n).  On September 19, 2011, co-defendant Efrain Garza and another co-conspirator brandishing firearms approached an apartment located on                    and asked for the lady of the house.

o)  On September 19, 2011 co-defendant Efrain Garza and another co-conspirator brandishing firearms attempted to carry away by force a female Juvenile from the           residence.

p)  On September 19, 2011 co-defendant Efrain Garza and another co-conspirator while brandishing firearms forced           from the           apartment to a vehicle.

q)  On September 19, 2011 co-defendant Efrain Garza fired a weapon while carrying out the kidnaping of           .

r)  On September 19, 2011 co-conspirators blindfolded           before forcibly taking her to another residence where she was held against her will.

s)  On September 19, 2011 co-conspirators bound the hands of           with duct tape while forcibly holding her at a residence.

3

t)      On or about September 19, 2011 co-conspirators transferred _____ to a second residence where she was held by force against her will.

u)      On September 19, 2011 an unidentified co-conspirator reported to co-defendant Pablo Cerda that they have the mother, a reference to the kidnaping of _____

v)      On or about September 19, 2011 co-defendant _____ reported to co-defendant _____ that they picked up the guy's mother and will hold her to see if _____ is willing to swap the money for his mother.

w)      On or about September 19, 2011 co-conspirators transported _____ against her will to a third residence located at _____ where she was held by force against her will.

x)      On or about September 19, 2011 co-conspirators pointed a gun to _____ head and demanded to know the whereabouts of her son while forcibly holding her at a residence.

y)      On September 20, 2011 co-conspirators Efrain Garza and _____ and other co-conspirators kept _____ against her will at a residence located at _____ awaiting other co-conspirators who were to pick up _____ and transport her to Nuevo Laredo, Mexico.

z)      On September 20, 2011 co-conspirator Ernesto Zaragoza Solis reported to co-defendant Pablo Cerda that they already have the mother but that she has not said anything yet.

aa)      On September 20, 2011 co-conspirator Ernesto Zaragoza Solis reported to co-defendant Pablo Cerda that if _____ is moved to the river that he will call him so they can conduct counter surveillance.

bb)      On September 20, 2011, co-conspirators _____ and Pablo Cerda discuss awaiting for someone to pick up _____ to transport her to Mexico.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(i), 924(c)(1)(B)(ii) and 924(o).

## COUNT TWO
### (Use of a Firearm in Violent Crime)

From on or about September 14, 2010 and continuing to on or about September 20, 2010

in the Southern District of Texas, and elsewhere within the jurisdiction of this Court,

**PABLO CERDA a/k/a "Panda", a/k/a "Gordo", a/k/a "Oso**
**EFRAIN GARZA**

4

**ERNESTO ZARAGOZA-SOLIS a/k/a "Zombie", a/k/a "Blue"**

aiding and abetting each other, did knowingly and intentionally posses and discharge at least one firearm, that is:

a)     a Smith and Wesson .38 caliber revolver, Model 10-5, bearing serial number                  and

b)     an unknown make 7.62 caliber pistol, model unknown, serial number unknown, and

c)     a Norinco 7.62 caliber rifle, Model Mak-90, bearing serial number

In furtherance of a crime of violence which may be prosecuted in a court of the United States, that is , conspiracy to kidnap, abduct, seize, confine, and carry away, Oscar Calanche, Maria Calanche and a Female Juvenile and willfully transport the victims in interstate and foreign commerce from the United States to the Republic of Mexico and hold them for reward and otherwise in violation of Title 18, United States Code, Sections 1201(a)(1) and 1201(c),

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(i), 924(c)(1)(B)(ii) and 2.

## COUNT THREE
### (Conspiracy to Export Arms)

Beginning from on or about November 8, 2010 and continuing through November 9, 2010, in the Southern District of Texas, and elsewhere within the jurisdiction of this Court,

**NICOLAS SANCHEZ REYES a/k/a "Nico"**
**JOSE ROBERTO OBREGON a/k/a "Minutitos"**
**PABLO CERDA a/k/a "Panda", a/k/a "Gordo", a/k/a "Oso**

conspired and agreed together and with others known and unknown to the grand jury to fraudulently and knowingly export or send from the United States to the Republic of Mexico, any merchandise, article and object, that is :

1.     Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN#
2.     Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
3.     Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR  SN# OBLITERATED

5

4. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
5. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
6. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
7. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
8. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
9. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
10. Romarm 7.62x39 mm caliber rifle, Model SAR1, SN# OBLITERATED
11. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
12. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
13. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
14. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
15. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
16. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
17. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
18. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
19. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
20. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
21. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
22. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
23. Norinco 5.56x44 mm caliber rifle, Model NHM90, SN# OBLITERATED
24. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN#
25. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
26. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
27. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
28. Norinco 7.62x39 mm caliber rifle, Model Unknown, SN# OBLITERATED
29. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
30. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
31. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
32. . Surplus Ammo & Arms .223 Remington caliber rifle, Model Low 15, SN# OBLITERATED
33. Ross Precision Gunworks .223 Remington caliber rifle, Model Unknown, SN# OBLITERATED
34. Ross Precision Gunworks .223 Remington caliber rifle, Model Unknown, SN# OBLITERATED
35. Bushmaster .223 rifle, Model Unknown, SN#
36. Bushmaster .223 rifle, Model Carbon 15, SN# OBLITERATED
37. Century International Arms 7.62x39 mm caliber pistol, Model Unknown, SN# OBLITERATED
38. Izhmash .410 bore shotgun, Model Saiga-410, SN# OBLITERATED
39. FEG 7.62 rifle, Model SA2000, SN# OBLITERATED
40. Multi caliber rifle, Model AR Type (Unknown), SN# OBLITERATED

contrary to the laws and regulations of the United States, to wit, the Arms Export Control Act.

In violation of Title 18, Untied States Code, Sections 371, and 554 and Title 22, United States Code, Section 2778.

OVERT ACTS

In furtherance of the conspiracy and to effect and accomplish the objects thereof, one or more of the defendants and conspirators, both indicted and unindicted, committed among others the following overt acts in the Southern District of Texas and elsewhere:

1. On November 8, 2010 defendant _____ directed confidential source One to recruit a driver who can transport weapons from the Dallas, Texas area to Laredo, Texas.

2. On November 8, 2010 defendan _____ instructed confidential source One that the driver should contact _____ an unindicted co-conspirator at a specific telephone number with a Dallas area code to arrange for the pick up of the weapons.

3. On November 8, 2010 confidential source Two contacted unindicted co-conspirator _____ at the number provided by co-conspirator One and identified himself as the person who would be transporting the weapons and _____ advised confidential source Two that another person would contact him to make arrangements.

4. On November 8, 2010 unindicted co-conspirator _____ contacted Confidential Source Two and advised that he would be responsible for delivering the weapons and agreed to meet the Confidential Source Two at a Walmart in Lancaster, Texas.

5. On November 9, 2010, unindicted co-conspirators _____ and _____ met Confidential Source Two at a Walmart in Lancaster, Texas and delivered two duffel bags containing weapons.

6. On November 9, 2010, defendant NICOLAS SANCHEZ-REYES contacted Confidential Source One and advised that he would be coordinating the receipt of the firearms from the driver in Laredo and that he would contact the driver himself using a different telephone.

7. On November 9, 2010, defendant NICOLAS SANCHEZ-REYES contacted confidential source Two and advised him that he would be coordinating the delivery of weapons in Laredo.

8. On November 9, 2010 defendant NICOLAS SANCHEZ REYES contacted co-defendant Pablo Cerda regarding having a truck driver in Laredo who would be used to transport the weapons to the Republic of Mexico.

9. On November 9, 2010 co-defendant PABLO CERDA secured a driver that would receive the weapons from Confidential Source Two and transport them to the Republic of Mexico.

10. On November 9, 2010 defendant NICOLAS SANCHEZ-REYES instructs co-defendant PABLO CERDA to meet him at a warehouse to deliver the weapons.

7

11. On November 9, 2010, defendant JOSE ROBERTO OBREGON contacts co-defendant PABLO CERDA and warns him that there may be a problem so to stand by with the driver.

12. On Novermber 9, 2010 co-defendant PABLO CERDA drives by a warehouse in Laredo in search of the tractor which was to deliver the weapons.

13. On November 9, 2010, defendant PABLO CERDA advises co-defendant JOSE ROBERTO OBREGON that he has driven by the warehouse twice and everything looks good. PABLO CERDA further assures co-defendant OBREGON that his driver is ready to go.

In violation of Title 18, Untied States Code, Sections 371, and 554 and Title 22, United States Code, Section 2778.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Title 26, United States Code, Section 5872, the United States of America hereby gives notice to defendants,

**PABLO CERDA a/k/a "Panda", a/k/a "Gordo", a/k/a "Oso"**
**EFRAIN GARZA**
**ERNESTO ZARAGOZA-SOLIS a/k/a "Zombie", a/k/a "Blue"**
**NICOLAS SANCHEZ REYES a/k/a "Nico"**
**JOSE ROBERTO OBREGON a/k/a "Minutitos"**

that all firearms involved in a violations of Title 18, United States Code Sections 924, 371, 554, 1202 and Tile 22, United States Code, Section 2778 as charged in this indictment, are subject to forfeiture, including but not limited to the following;

1. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN#
2. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
3. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
4. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
5. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
6. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR, SN# OBLITERATED
7. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
8. Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED

9.  Romarm/Cugir 7.62x39 mm caliber rifle, Model GP WASR SN# OBLITERATED
10. Romarm 7.62x39 mm caliber rifle, Model SAR1, SN# OBLITERATED
11. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
12. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
13. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
14. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
15. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
16. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
17. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
18. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
19. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
20. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
21. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
22. Romarm/Cugir 7.62x39 mm caliber pistol, Model Draco C, SN# OBLITERATED
23. Norinco 5.56x44 mm caliber rifle, Model NHM90, SN# OBLITERATED
24. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN#
25. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
26. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
27. Norinco 7.62x39 mm caliber rifle, Model Mak-90 Sporter, SN# OBLITERATED
28. Norinco 7.62x39 mm caliber rifle, Model Unknown, SN# OBLITERATED
29. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
30. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
31. HiPoint 9x19 mm caliber rifle, Model 995, SN# OBLITERATED
32.. Surplus Ammo & Arms .223 Remington caliber rifle, Model Low 15, SN# OBLITERATED
33. Ross Precision Gunworks .223 Remington caliber rifle, Model Unknown, SN# OBLITERATED
34. Ross Precision Gunworks .223 Remington caliber rifle, Model Unknown, SN# OBLITERATED
35. Bushmaster .223 rifle, Model Unknown, SN#
36. Bushmaster .223 rifle, Model Carbon 15, SN# OBLITERATED
37. Century International Arms 7.62x39 mm caliber pistol, Model Unknown, SN# OBLITERATED
38. Izhmash .410 bore shotgun, Model Saiga-410, SN# OBLITERATED
39. FEG 7.62 rifle, Model SA2000, SN# OBLITERATED
40. Multi caliber rifle, Model AR Type (Unknown), SN# OBLITERATED
41. a Smith and Wesson .38 caliber revolver, Model 10-5, bearing serial number
42. an unknown make 7.62 caliber pistol, model unknown, serial number unknown,
43. a Norinco 7.62 caliber rifle, Model Mak-90, bearing serial number

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

---

FOREPERSON OF THE GRAND JURY

**DS**

KENNETH MAGIDSON;

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: *Mary Lou Castillo*
MARY LOU CASTILLO
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

L-12- 224

__LAREDO__ DIVISION

**CRIMINAL DOCKET**

NO. _____

FILE: 11-24088
__INDICTMENT__

Filed: _____

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA
MARY LOU CASTILLO, AUSA

Appt'd | Private

**NICOLAS SANCHEZ REYES a/k/a "Nico"**
**PABLO CERDA a/k/a "Panda" a/k/a "Oso", a/k/a "Gordo"**
**JOSE ROBERTO OBREGON a/k/a "Minutitos"**
**EFRAIN GARZA**
**ERNESTO ZARAGOSA-SOLIS a/k/a "Zombie", a/k/a "Blue"**

DS

CHARGE:
(TOTAL)
COUNTS:
(3)

Ct.1: Conspiracy to Use a Firearm in a Violent Crime
[18 USC 924(c)(1)(A)(iii), 924 (c)(1)(A)(i), 924 (c)(1)(A)(ii), 924(c)(1)(B)(i), 924 (c)(1)(B)(ii), and 924(o) ]

Ct.2 Use of a Firearm in Violent Crime
[18 USC 924 (c)(1)(A)(iii), 924 (c)(1)(A)(i), 924 (c)(1)(A)(ii), 924(c)(1)(B)(i) 924(c)(1)(B)(ii) and 2]

Ct.3: Conspiracy to Export Arms
[18 USC 371, and 554 and 22 USC 2278]

PENALTY:
Ct. 1: Any term of years or Life, $250,000.00 fine, $100 Spec. Assessment
Not more than 5 yrs supervised release
Ct. 2: 10 or 30 yrs Min to Life, $250,000.00 fine, $100 Spec. Assessment
Not more than 5 yrs supervised release
Ct. 3: 0-10 yrs, $250,000.00 fine and $100 Spec. Assessment
Not more than 5 yrs of supervised release

**PROCEEDINGS:**

In Jail:
On Bond:
No Arrest:

NAME & ADDRESS
of Surety: